USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONNIE GREENBERG and BEN GREENBERG,

                  Plaintiffs,

-against-

LINCOLN CENTER FOR THE PERFORMING
ARTS, INC., LINCOLN CENTER ASSOCIATION
INC., LINCOLN CENTER DEVELOPMENT
PROJECT, INC., LINCOLN CENTER LLC,
LINCOLN CENTER REALTY LLC.,

                  Defendants.

STIPULATION & ORDER

DOCKET NO.: 06-CV-5482 (DC)

SIRS:

    IT IS HEREBY STIPULATED CONSENTED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that the action be, and the same hereby is discontinued without costs to any party as against the other and without prejudice to the plaintiff commencing an action in the New York State Supreme Court per Section 205 of the New York State Civil Practice Law and Rules.

Dated: New York, New York
         February 22, 2007

GREENBERG, GREENBERG & GUERRERO, LLP
Attorneys for the Plaintiff

BY: JAMES K. GREENBERG (JG7301)
363 Seventh Avenue, Suite 400
New York, New York 10001
212-545-7337

SO ORDERED: 4/4/07

Hon. Andrew Jay Peck
United States Magistrate Judge

NYC LAW DEPARMENT        Fax:212-788-8919           Mar 14 2007  15:38    P.03

Michael A. Cardozo, Esq.
Attorneys for Defendant Lincoln
Center for the Performing Arts, Inc.

BY: ANTHONY MINKO, ESQ. (3047) /AM
100 Church Street, 4th Floor
New York, New York 10007


McCabe, Collins, McGeough & Fowler, LLP
Attorneys for Lincoln Center Development Project, Inc.

By: Patrick Murphy, Esq. ( )
346 Westbury Avenue
P.O. Box 9000
Carle Place, New York 11514

2